# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 17 2026

MITCHELL R. ELFERS
CLERK OF COURT

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. 26 - 301 MR |
| Residence at 5505 Santa Teresita Dr., Santa Teresa, | ) |
| NM, 88008 and the Person of Carlos Cano Hernandez | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico
*(identify the person or describe the property to be searched and give its location)*:

Residence at 5505 Santa Teresita, Santa Teresa Dr., NM, 88008, more fully described in Attachment A, which is attached and fully incorporated herein; and the Person of Carlos Cano Hernandez, who is more fully described in Attachment B, which is attached and fully incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and fully incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before  **02 - 25 - 2026** *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kevin R. Sweazea _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   **02-12-2026**
**11:35 am**

City and state:     Las Cruces, New Mexico

_____
*Judge's signature*

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 26-301MR | Date and time warrant executed: 02/13/2026 12:00 am | Copy of warrant and inventory left with: Within residence |
|---|---|---|

Inventory made in the presence of :
  FBI SSA Carlos Armendariz

Inventory of the property taken and name of any person(s) seized:

Black Phone - Model CPH2389
TP9 SFX pistol-Serial T6472-22 (This item was transferred to the Alcohol, Tobacco and Firearms (ATF) SA Ernesto Herrera).
Winchester box of ammunition 97x9mm lugger
PNY USB drive
Samsung black phone
(1) .22 caliber round
Two magazines of 9mm ammunition
White powdery substance 328.8 grams (package weight)- this item was tested at the search warrant residence, utilizing the True-Narc tester, yielding a positive result of cocaine.
6 x $100 = $600
10x$100, 13x$50, 80x$20, 1x$10, 4x$5, 2x$2, 475x$1, for a total of $3,759 us dollars.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/2024

_____
*Executing officer's signature*

SA Gary Bowland
_____
*Printed name and title*